B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Milan Development, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx yy 4114** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**49 Kessel Court #100**<br>**Madison, WI**<br>ZIP Code **53711** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Milan Development, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>**Milan Development, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** **/s/ Howard A. Young**
Signature of Attorney for Debtor(s)

**Howard A. Young 1015543**
Printed Name of Attorney for Debtor(s)

**Young Law Offices**
Firm Name

**2413 Parmenter Street**
**Middleton, WI 53562**

_____
Address

**(608) 662-0984  Fax: (608) 662-0986**
Telephone Number

**September 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Brusca**
Signature of Authorized Individual

**Michael Brusca**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**September 20, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re **Milan Development, LLC**  
                    Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Career Momentum, Inc.**<br>**49 Kessel Court #103**<br>**Madison, WI 53711** | **Career Momentum, Inc.**<br>**49 Kessel Court #103**<br>**Madison, WI 53711** | | | **982.96** |
| **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **49 Kessel Ct.**<br>**Madison, WI 53711** | | **36,382.35**<br><br>**(0.00 secured)** |
| **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **37 Kessel Ct.**<br>**Madison, WI 53711** | | **31,967.76**<br><br>**(0.00 secured)** |
| **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **Dane County Treasurer**<br>**P.O. Box 1299**<br>**Madison, WI 53701-1299** | **25 Kessel Ct.**<br>**Madison, WI 53711** | | **31,967.76**<br><br>**(0.00 secured)** |
| **Dennis Harington**<br>**PO Box 620333**<br>**Middleton, WI 53562** | **Dennis Harington**<br>**PO Box 620333**<br>**Middleton, WI 53562** | **Tree Removal** | | **2,901.25** |
| **Donohue & Associates**<br>**37 Kessel Court #105**<br>**Madison, WI 53711** | **Donohue & Associates**<br>**37 Kessel Court #105**<br>**Madison, WI 53711** | | | **2,110.96** |
| **Johnson Block and Company**<br>**49 Kessel Court #210**<br>**Madison, WI 53711** | **Johnson Block and Company**<br>**49 Kessel Court #210**<br>**Madison, WI 53711** | | | **5,238.57** |
| **LaSalle Bank National Association**<br>**135 South LaSalle St., Suite 3410**<br>**Chicago, IL 60603** | **LaSalle Bank National Association**<br>**135 South LaSalle St., Suite 3410**<br>**Chicago, IL 60603** | **Lots One (1), Two (2), and Three (3) of Certified Survey Map No. 8649 recorded in the Dane County, Wisconsin Register of Deeds Office in Volume 47 of** | | **6,395,000.00**<br><br>**(0.00 secured)** |
| **Madison Gas & Electric**<br>**P.O. Box 1231**<br>**Madison, WI 53701-1231** | **Madison Gas & Electric**<br>**P.O. Box 1231**<br>**Madison, WI 53701-1231** | **Utility Expense** | | **9,026.86** |
| **Marcelo Trinidad-Carrillo**<br>**49 Kessel Court #204**<br>**Madison, WI 53711** | **Marcelo Trinidad-Carrillo**<br>**49 Kessel Court #204**<br>**Madison, WI 53711** | | | **1,153.67** |

B4 (Official Form 4) (12/07) - Cont.

In re **Milan Development, LLC** Case No. _____
　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mary Schwartz<br>49 Kessel Court #202<br>Madison, WI 53711 | Mary Schwartz<br>49 Kessel Court #202<br>Madison, WI 53711 | | | 580.78 |
| Park Bank<br>P.O. Box 8969<br>Madison, WI 53708-8969 | Park Bank<br>P.O. Box 8969<br>Madison, WI 53708-8969 | | | 23,028.30<br><br>(0.00 secured) |
| Professional Pest Control, Inc<br>PO Box 259332<br>Madison, WI 53725-9332 | Professional Pest Control, Inc<br>PO Box 259332<br>Madison, WI 53725-9332 | Pesst Contorl | | 111.00 |
| South Wis. AHEC<br>37 Kessel Court #113<br>Madison, WI 53711 | South Wis. AHEC<br>37 Kessel Court #113<br>Madison, WI 53711 | | | 850.00 |
| Sweeney & Sweeney, S.C.<br>1440 Science Dr.<br>Madison, WI 53711 | Sweeney & Sweeney, S.C.<br>1440 Science Dr.<br>Madison, WI 53711 | Legal Services | | 16,000.00 |
| The Perfect Answer, Inc.<br>25 Kessel Court<br>Madison, WI 53711 | The Perfect Answer, Inc.<br>25 Kessel Court<br>Madison, WI 53711 | | | 5,436.66 |
| University Medical Foundation<br>25 Kessel Court #201<br>Madison, WI 53711 | University Medical Foundation<br>25 Kessel Court #201<br>Madison, WI 53711 | | | 11,180.71 |
| Upland Builders<br>PO Box 192<br>Mount Horeb, WI 53572 | Upland Builders<br>PO Box 192<br>Mount Horeb, WI 53572 | Exterior Siding Repair | | 840.00 |
| Wipfli<br>PO Box 8700<br>Madison, WI 53708 | Wipfli<br>PO Box 8700<br>Madison, WI 53708 | Accounting Services | | 2,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 20, 2011**　　　　Signature **/s/ Michael Brusca**
　　　　　　　　　　　　　　　　　　　　　　　**Michael Brusca**
　　　　　　　　　　　　　　　　　　　　　　　**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Career Momentum, Inc.
49 Kessel Court #103
Madison, WI 53711

Commercial Real Estate Solutions, LLC
49 Kessel Court, Suite 100
Madison, WI 53711

Dane County Treasurer
P.O. Box 1299
Madison, WI 53701-1299

David Gold
Perkins and Coie
131 S. Dearborn St. #1700
Chicago, IL 60603

Dennis Harington
PO Box 620333
Middleton, WI 53562

Donohue & Associates
37 Kessel Court #105
Madison, WI 53711

GEI Consultants, Inc.
37 Kessel Court Suite115
Madison, WI 53711

Grobe & Associates LLP
37 Kessel Court Suite 205
Madison, WI 53711

Honeywell International, Inc.
37 Kessel Court, Suite 10
Madison, WI 53711

Hupy & Abraham, S.C.
49 Kessel Court, Suite 107
Madison, WI 53711

Johnson Block and Company
49 Kessel Court #210
Madison, WI 53711

LaSalle Bank National Association
135 South LaSalle St., Suite 3410
Chicago, IL 60603


Law Office of Elizabeth Russell
49 Kessel Court, Suite 200
Madison, WI 53711


Madison Gas & Electric
P.O. Box 1231
Madison, WI 53701-1231


Management
49 Kessel Court, Suite 100
Madison, WI 53711


Marcelo Trinidad-Carrillo
49 Kessel Court #204
Madison, WI 53711


Mary Schwartz
49 Kessel Court #202
Madison, WI 53711


Park Bank
P.O. Box 8969
Madison, WI 53708-8969


Perkins Coie LLP
1 East Main St, Ste 201
Madison, WI 53703


Professional Pest Control, Inc
PO Box 259332
Madison, WI 53725-9332


South Wis. AHEC
37 Kessel Court #113
Madison, WI 53711


Sweeney & Sweeney, S.C.
1440 Science Dr.
Madison, WI 53711

The Perfect Answer, Inc.
25 Kessel Court Suite 107
Madison, WI 53711


University Medical Foundation
25 Kessel Court #201
Madison, WI 53711


Upland Builders
PO Box 192
Mount Horeb, WI 53572


UW Medical Foundation, Inc.
25 Kessel Court, Suite 201
Madison, WI 53711


Wipfli
PO Box 8700
Madison, WI 53708